ANTHONY C. BARRETT et al., Appellants, v. MICHAEL CUSKELLY, as Chairman of the Board of Fire Commissioners of the Levittown Fire District, et al., Respondents.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.   [52 Misc 2d 250.]